NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 935

IN RE ORACLE CORPORATION,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 2:08-CV-371, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Oracle Corporation (Oracle) petitions for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its December 8, 2009 order denying Oracle's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Financial Systems Technology (Intell. Property) Pty. Ltd. et al. are directed to respond no later than April 30, 2010.

FOR THE COURT

APR 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Elizabeth A. Howard, Esq.
Michael McKool, Jr., Esq.
Clerk, United States District Court for the Eastern District of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 6 2010

JAN HORBALY
CLERK